IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION TO AMEND** |
| ) | **RELEASE CONDITIONS** |
| vs. ) | |
| ) | |
| Justice Caley Siers, ) | Case No. 1:24-cr-110 |
| ) | |
| Defendant. ) | |

On March 21, 2025, the court issued an order conditionally releasing Defendant to Centre, Inc. in Mandan, North Dakota. (Doc. No. 264).

On May 15, 2025, Defendant filed a Motion to Amend Release Conditions. (Doc. No. 331). She requests that the court modify her release conditions to allow her to transition to and reside at Blessed Builders, a sober living facility in Bismarck where her sister and co-defendant, Destiny Tory Siers, is currently residing.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 331) and modifies Defendant's release conditions as follows. On May 20, 2025, Defendant may transition to and reside at Blessed Builders. Defendant shall comply with all of Blessed Builders' rules and regulations. Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from Blessed Builders OR to communicate with Blessed Builders about Defendant's progress there. Any overnight passes from Blessed Builders must be approved by the Pretrial Services Officer. While residing at Blessed Builders, Defendant must seek and maintain employment. Employment must be approved by the Pretrial Services Officer. If for any reason Defendant is terminated from Blessed Builders, she must immediately surrender to the

custody of the United States Marshal.  At least 96 hours prior to anticipated transition from Blessed Builders to another residence, Defendant must advise the Pretrial Services Officer of the anticipate transition date so that the Court can review her release status.  Defendant shall not knowingly or intentionally have any direct or indirect contact with witnesses or co-defendants other than Destiny Tory Siers, except that counsel for Defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.  Although Defendant may have contact with Destiny Tory Siers, the two are prohibited from talking about their case.  Defendant remains subject to all other conditions of release that the court previously imposed that are not inconsistent with this order.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court